THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
California Bar No. 93390
Assistant United States Attorney
Asset Forfeiture Section
  1400 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-2727
  Facsimile:  (213) 894-7177
  E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

**JS-6**
**cc:fiscal**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CV 08-02105-JFW(FMOx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $797,579.44 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |
| MICHAEL LIU and CINDY TSAI, | ) | |
| Claimants. | ) | |

Plaintiff United States of America ("the Government") initiated this action by filing a Complaint for Forfeiture on March 28, 2008. Notice was given and published in accordance with law. Michael Liu and Cindy Tsai ("Claimants") filed claims on April 18, 2008 and answers on May 9, 2008. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff and Claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $797,579.44 in U.S. currency (the "defendant currency") except Claimants Michael Liu and Cindy Tsai are deemed to have admitted the allegations of the Complaint.

3. The United States of America shall have judgment as to $50,000.00 of the defendant currency and all interest earned thereon. No other person or entity shall have any right, title or interest in the forfeited currency. The Department of Homeland Security-Bureau of Customs and Border Protection is ordered to dispose of $50,000.00 of the defendant currency and all interest earned thereon in accordance with law.

4. The remaining $747,579.44 of the defendant currency without interest shall be returned to claimants Michael Liu and Cindy Tsai in care of their attorney, Thomas P. Sleisenger. Said funds shall be forwarded by check made payable to "Linkyo Corporation," and shall be mailed to Thomas P. Sleisenger, Esq., Law Offices of Thomas P. Sleisenger, 1901 Avenue of the Stars, Suite 615, Los Angeles, California 90067.

5. In addition, all documents and tangible items described in Sheriff's Department, County of Los Angeles, Receipt for Seized Property and Notice for Retrieving Property further described as:

   a. Item #01 (Quantity 3): "Boxes of Misc. Doc From Closet in Rm 101";
   b. Item #02 (Quantity 3): "Folders of Misc Docs From 'Cindy's Office'";
   c. Item #03 (Quantity 8): "Folders of Docs From Accting Office";
   d. Item #04 (Quantity 1): "Computer Accounting Software; 'Peachtree 2007' w/2 CD Discs, User Guide"; and,
   e. Item #05 (Quantity 1): "Digital <u>Copies</u> of Z Drive 'Sage' Software & Backups (Accounting Data);"

   shall be released to claimants in care of their attorney, Thomas P. Sleisenger.

6. Claimants hereby release the United States of America, its agencies, agents, and

officers, including employees and agents of the Department of Homeland Security-Bureau of Customs and Border Protection and Bureau of Immigration and Customs Enforcement, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and for the institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: February 27, 2009

*/s/ John F. Walter*
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE